```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

GERARD DAVID MCREE, JR.,       :
AIS #203840                    :
                               :
    Plaintiff,                 :
                               :
vs.                            :      CIVIL ACTION 15-604-CB-M
                               :
CORIZON HEALTH CORRECTIONAL    :
MEDICAL SERVICES, *et. al.*,   :
                               :
    Defendants.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this action is hereby DISMISSED without prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(g).

DONE this 10th day of February, 2016.

                              s/*Charles R. Butler, Jr.*
                              **Senior United States District Judge**